# United States Court of Appeals
## For the First Circuit

No. 11-1808

RICHARD H. HATCH

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**

Entered: July 19, 2011
Pursuant to 1st Cir. R. 27.0(d)


This court has docketed petitioner-appellant's appeal from the denial of his motion to vacate sentence under 28 U.S.C. § 2255. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. § 2253. The district court declined to issue a certificate of appealability on May 9, 2011.

Petitioner-appellant is ordered to file a motion requesting issuance of a certificate of appealability in this court by August 2, 2011. The motion should be accompanied by a memorandum setting forth specific facts, reasons, and issues supporting the issuance of a certificate. See 1st Cir. R. 22.0(b). See also 28 U.S.C. § 2253(c)(2) (in order for a certificate to be granted, applicant must make substantial showing of the denial of a constitutional right). After August 2, 2011, whether or not petitioner-appellant has filed a motion, the case will be submitted to the court for a determination as to whether a certificate should issue. If a certificate is denied, the appeal will be terminated.

By the Court:
/s/ Margaret Carter, Clerk


cc:
Richard H. Hatch
Donald Campbell Lockhart
Andrew J. Reich
Lee H. Vilker