UNITED STATES COURT OF APPEALS
FOR THE ~~TENTH~~ CIRCUIT
*FIRST*

2011 JUN 17 P 12: 36

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>Richard Hatch<br><br>Defendant - Appellant. | Case No. **11-1808**<br><br>FILED IN CLERKS OFFICE<br>US COURT OF APPEALS<br>FOR THE FIRST CIRCUIT<br><br>Application for Certificate of Appealability |

## NOTICE AND INSTRUCTIONS

Your application for a certificate of appealability will be evaluated by the court using these standards:

**Certificate of Appealability.** There must be a substantial showing of the denial of a constitutional right by demonstrating that the issues raised are debatable among jurists, that a court could resolve the issues differently, or that the questions deserve further proceedings. 28 U.S.C. § 2253(c); *Lennox v. Evans*, 87 F.3d 431 (10th Cir. 1996).

**FAILURE TO SET FORTH FACTS AND ARGUMENTS SHOWING THAT YOU MEET THE APPROPRIATE STANDARD WILL SUBJECT YOUR APPEAL TO DISMISSAL WITHOUT FURTHER NOTICE.**

You may use this form to furnish a statement of the case, the issues you intend to raise on appeal, and the reasons your appeal meets the applicable standards. The form is intended to guide you in meeting the above standards. If you need more space to answer, additional pages may be attached. The information you furnish, together with the full record of the proceedings in the district court, will be the basis for this court's decision. You should bear in mind that an appeal is not a retrial, but rather a **review** of the district court's judgment and record of proceedings.

## APPLICATION

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.) APPELLANT WAS CHARGED IN A TEN COUNT INDICTMENT WITH VARIOUS TAX AND FRAUD OFFENSES AND THEREAFTER FOUND GUILTY. A TIMELY DIRECT APPEAL AS TO THE THREE COUNTS OF CONVICTION WAS DENIED; 514 F,3d 145 (1ST CIR, 2008) AS WAS A REVIEW IN THE SUPREME COURT, 129 U,S, 103 (2008). IN (APPROXIMATELY) LATE 2008 APPELLANT FILED A TIMELY MOTION PURSUANT TO 28 U.S.C. 2255, ARGUING 4 ISSUES: (1) INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL; (2) INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL; (3) ERRORS IN SENTENCING; AND (4) A CLAIM OF FREESTANDING ACTUAL INNOCENCE. SOME 2½ YEARS AFTER FILING, APPELLANT WAS TOLD HIS MOTION WAS RECENTLY DENIED; THE DISTRICT COURT DID NOT GIVE APPELLANT A COPY OF ANY DENIAL.

2. **Issues to be Raised on Appeal.** (New issues raised for the first time on appeal generally will not be considered.) —NO NEW ISSUES.—
   A) INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL (FAILING TO CROSS-EXAMINE WITNESSES TO SHOW INNOCENCE AND FAILING TO PROPERLY ARGUE –AT SENTENCING– TAX LOSS AND OBSTRUCTION ENHANCEMENTS).
   B) INNEFFECTIVE ASSISTANCE OF APPEAL COUNSEL
   C) TRIAL COURT SENTENCING ERRORS
   D) APPELLANT IS ACTUALLY INNOCENT.

3. **Summary of Your Argument Showing that Your Appeal Meets the Standards Stated on Page 1.**
   A) APPELLANT'S TRIAL COUNSELS ERRORS DEPRIVED APPELLANT OF HIS RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL RESULTING IN A DENIAL OF DUE PROCESS, FAIR TRIAL.
   B) APPELLANT'S APPEAL COUNSELS ERRORS DEPRIVED APPELLANT HIS RIGHT TO A PROPER REVIEW OF HIS CONVICTION ON WHICH HE IS INNOCENT.
   C) THE SENTENCING ERRORS RESULTED IN A SUBSTANTIAL INCREASE OF APPELLANT'S SENTENCE.
   D) APPELLANT COMMITED NO CRIME BUT IS INCARCERATED. BASED ON A CLAIM OF ACTUAL INNOCENCE, THIS COURT SHOULD ALLOW A REVIEW OF APPELLANT'S ISSUES AND BIAS THEREIN. THE APPELLANT'S MOTION WAS PENDING 2½ YEARS WITH THE COURT YET TO SEND PRO SE APPELLANT ITS RULING.

COA-1 Application for Certificate of Appealability 1/99                Page 2

4. **Do you think the district court applied the wrong law? If so, what law do you want applied?** IT IS IMPOSSIBLE TO DETERMINE WHAT LAW THE LOWER COURT APPLIED AS THE COURT NEVER SENT APPELLANT A COPY. APPELLANT WAS PRO SE AND THE COURT IS AWARE OF APPELLANT'S ADDRESS. IN ORDER TO PROTECT HIS APPEAL RIGHTS, APPELLANT IS FILING THE INSTANT APPLICATION

5. **Did the district court incorrectly decide the facts? If so, what facts?** THE COURT MUST HAVE INCORRECTLY DECIDED THE FACTS IF IT DENIED THE MOTION. SEE ALSO: RESPONSE TO #4, SUPRA. IN ADDITION, CHARLES REILLY (AN ATTORNEY, CPA, TAX SPECIALIST AND FORMER IRS AGENT) THAT EVEN NOW, THE IRS SAYS APPELLANT HAS NEVER OWED ANY TAXES WHICH IS WHAT APPELLANT WAS CONVICTED OF NOT PAYING.

6. **Did the district court fail to consider important grounds for relief? If so, what grounds?** UNKNOWN. SEE ALSO: RESPONSE TO #4, SUPRA.

7. **Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?** ANY DENIAL BY THE DISTRICT COURT WOULD BE WRONG AS THE ARGUMENTS PRESENTED ARGUMENTS TO SHOW NOT ONLY IS HE INNOCENT, BUT THAT THE SENTENCE, IF BASED ON A LEGITIMATE CONVICTION, WAS MISCALCULATED TO SEVERELY INCREASE THE SENTENCE.

---

COA-1 Application for Certificate of Appealability 1/99                    Page 3

8. **What action do you want this court to take in your case?**

TO CONDUCT A REVIEW OF THE LOWER COURT'S RULING AFTER FULL BRIEFING SO AS TO ALLOW APPELLANT THE OPPORTUNITY TO HAVE THIS COURT REVERSE AN ERRONEOUS DENIAL OF HIS §2255 MOTION BASED ON CONSTITUTIONAL INFIRMITIES.

9. **Were you required to seek and exhaust administrative remedies prior to filing your claim in district court? If yes, what steps did you take to exhaust those remedies?** No.

June 7, 2011
Date

Signature
RICHARD HATCH, pro se
APPELLANT
P.O. Box 329002
BROOKLYN, NY 11232-9002

ADDRESS AS OF
JUNE 15, 2011 :

P.O. Box 1000
Morgantown, WV 26507

COA-1 Application for Certificate of Appealability 1/99                                Page 4

## CERTIFICATE OF SERVICE

I hereby certify that on ___June 7, 2011___ I mailed a copy of
(date)
the Certificate of Appealability:

to _The U.S. Attorney & District Court;_ at_ OFFICE _____

_____, the last known address,
by way of United States mail or courier.

___June 7, 2011___    ___Rich Hatch___
Date                           Signature

RICHARD HATCH, pro se
APPELLANT