# United States  Court of Appeals
# For the First Circuit

_____

No. 11-1808

RICHARD H. HATCH

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

_____

ORDER OF COURT
Entered: July 22, 2011
Pursuant to 1st Cir. R. 27.0(d)

The motion to proceed in forma pauperis on appeal is moot as the district court has granted in forma pauperis status to appellant.  Under Fed. R. App. P. 24(a)(3), appellant may proceed on appeal in forma pauperis without further authorization.

By the Court:

/s/Margaret Carter, Clerk

cc:    Richard H. Hatch
       Donald C. Lockhart
       Andrew J. Reich
       Lee H. Vilker