OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 21, 2011

Richard Hatch
Reg. No. 05559-070
P.O. Box 1000
Morgantown, WV 26507

Re:     Hatch v. United States
        1:09-cv-00144-S (All filings docketed in related case: 1:05-cr-00098-S-LDA-1)
        **Motion for a Certificate of Appealability**

Dear Mr. Hatch:

This will confirm receipt of your certificate of appealability dated June 7, 2011.  Before this court can consider your request for a certificate of appealability, you must file a notice of appeal, which will be certified to this court by the district court.  As a decision entered in this case on May 9, 2011, denying and dismissing your motion to vacate, your notice of appeal must be filed in the district court no later than July 8, 2011.  See Fed. R. App. P. 4(a)(1)(B).  Please note that if you are unable to meet this deadline, your notice of appeal must be accompanied by a motion for extension of time to file an appeal based on good cause or excusable neglect.   Fed. R. App. P. 4(a)(5).  We will hold your petition for a certificate of appealability until the time to appeal has expired.

Sincerely,

/s/ Margaret Carter, Clerk

CD