Richard Hatch, #05559-070
P.O. Box 1000
Morgantown, WV 26507

July 22, 2011

Margaret Carter, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Richard Hatch v. United States
No. 11-1808

Dear Clerk Carter:

I am in receipt of your ORDER OF COURT entered July 19, 2011, in which I am ordered to file a motion requesting issuance of a certificate of appealability by August 2, 2011.

I have attached both a copy of your letter confirming receipt of my motion for a Certificate of Appealability dated June 7, 2011, and a copy of the timely-filed Notice of Appeal you instructed me to file with the District Court dated June 29, 2011.

Please let me know if there is anything else I should submit.

Thank you for your assistance.

Sincerely,

Richard Hatch, pro se



OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 21, 2011

Richard Hatch
Reg. No. 05559-070
P.O. Box 1000
Morgantown, WV 26507

Re:   Hatch v. United States
1:09-cv-00144-S (All filings docketed in related case: 1:05-cr-00098-S-LDA-1)
**Motion for a Certificate of Appealability**

Dear Mr. Hatch:

This will confirm receipt of your certificate of appealability dated June 7, 2011. Before this court can consider your request for a certificate of appealability, you must file a notice of appeal, which will be certified to this court by the district court. As a decision entered in this case on May 9, 2011, denying and dismissing your motion to vacate, your notice of appeal must be filed in the district court no later than July 8, 2011. See Fed. R. App. P. 4(a)(1)(B). Please note that if you are unable to meet this deadline, your notice of appeal must be accompanied by a motion for extension of time to file an appeal based on good cause or excusable neglect. Fed. R. App. P. 4(a)(5). We will hold your petition for a certificate of appealability until the time to appeal has expired.

Sincerely,

/s/ Margaret Carter, Clerk

CD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff, Appellee,

v.                                          Case No. 1:09-cv-00144-S
                                            (All Filings docketed in related
RICHARD HATCH,                              case: 1:05-cr-00098-S-LDA-1)
Defendant - Appellant.

NOTICE OF APPEAL

According to Fed. R. App. P. 4(a)(i)(B), I am
Filing timely NOTICE OF APPEAL no later than July 8, 2011.


DATED: June 29, 2011                        _Rich Hatch_
                                            RICHARD HATCH, pro se
                                            Appellant


CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2011 I mailed
this NOTICE OF APPEAL to the UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF RHODE ISLAND.


DATED: JUNE 29, 2011                        _Rich Hatch_
                                            RICHARD HATCH, pro se
                                            Appellant