OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

July 29, 2011

Mr. Richard H. Hatch
#05559-070
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26505

      Re: Hatch v. US, No. 11-1808

Dear Mr. Hatch:

      This letter will acknowledge receipt of your correspondence dated July 22, 2011.

Enclosed for your review is a copy of the docket sheet for your appeal. As reflected by the docket sheet, your request for a certificate of appealability, which this court received before your case was opened, was docketed and referred to the court for consideration on July 22, 2011. As such, you may disregard the order that entered on July 19, 2001 directing you to file a request for a certificate of appealability.

            By the Court:

            /s/ Margaret Carter, Clerk

Encl.