Richard Hatch, #05559-070
P.O. Box 1000
Morgantown, WV 26507

2011 SEP -1 A 11:44

August 27, 2011

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Margaret Carter, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: RICHARD HATCH v. UNITED STATES, Case No. 11-1808
(Filings docketed in related cases: 1:09-cv-00144-S and
1:05-cr-00098-S-LDA-1)

Dear Clerk Carter,

I am appealing from the District Court's denial of my motion to vacate sentence under 28 U.S.C. Section 2255. As ORDERED by the UNITED STATES COURT OF APPEALS on 7/22/2011, I am proceeding in forma pauperis. August 25, 2011, my motion requesting appointment of counsel in this long-standing and technically-complicated case was denied by the DISTRICT COURT in a TEXT ORDER in which the DISTRICT COURT also accepted Magistrate Judge Almond's REPORT AND RECOMMENDATION and denied my OBJECTION to same. I had also filed a timely SUPPLEMENTAL OBJECTION not mentioned in the DISTRICT COURT's TEXT ORDER. August 27, 2011, I mailed NOTICE OF APPEAL from the DISTRICT COURT's TEXT ORDER to the DISTRICT COURT.

I am seeking clarification, First, as to whether a CERTIFICATE OF APPEALABILITY has already issued from the COURT OF APPEALS or, if not, whether my appeal is proceeding without need of such certification.

I am also requesting instruction (in light of the DISTRICT COURT's denial and my appeal from same) as to whether I must file another motion with the COURT OF APPEALS requesting appointment of counsel in addition to the motion I already filed with the COURT OF APPEALS docketed 7/20/2011.

Finally, I am requesting the COURT OF APPEALS take judicial notice of Magistrate Judge Almond's REPORT AND RECOMMENDATION, my OBJECTION to same, and my SUPPLEMENTAL OBJECTION to same ... as well as of my appeal pending before the COURT OF APPEALS (11-1273) relating to this case.

Please let me know if there is anything else I should submit, and thank you very much for your assistance.

DATED: August 27, 2011

RICHARD HATCH, pro se
Appellant

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2011, I mailed this letter to CLERK OF COURT to THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT.

DATED: August 27, 2011

RICHARD HATCH, pro se
Appellant

— 2 —