# United States Court of Appeals
## For the First Circuit

No. 11-1808

RICHARD H. HATCH

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

Before

Boudin, Howard and Thompson,
<u>Circuit Judges</u>.

ORDER OF COURT

Entered:  September 20, 2011

This matter is before the court on Petitioner Richard Hatch's petition for rehearing with regard to the court's August 30, 2011 denial of a certificate of appealability.  The petition is **DENIED**.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Richard H. Hatch
Donald C. Lockhart
Andrew J. Reich
Lee H. Vilker