# United States Court of Appeals
## For the First Circuit

No. 11-1808

RICHARD H. HATCH

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: October 5, 2011

In accordance with the judgment of August 30, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Richard H. Hatch
Donald Campbell Lockhart
Andrew J. Reich
Lee H. Vilker